CORNELIUS H. A. WILDMAN *v.* EDNA
MAY WILDMAN.

[No. 4, October Term, 1931.]

*Decided February 3rd, 1932.*

The cause was argued before Bond, C. J., Urner, Adkins, Offutt, Parke, and Sloan, JJ.

*Eugene Frederick,* with whom were *Blades, Rosenfeld & Frederick* on the brief, for the appellant.

*Richard H. Stevenson,* for the appellee.

Sloan, J., delivered the opinion of the Court.